# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE LEWIS T. BABCOCK

## COURTROOM MINUTES

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | November 1, 2012 |
| Court Reporter: | Tammy Hoffschildt | Probation: | Greg Saiz *(by telephone)* |
| | | | Sergio Garza |

_____

Criminal Action Nos. 00-cr-00218-LTB           *Counsel:*
                    12-cr-00222-LTB
                    12-cr-00246-LTB

UNITED STATES OF AMERICA,                      Dondi Osborne

     Plaintiff,

v.

1. ALDEN P. HOUSE,                             Brian Leedy

     Defendant.

_____

## SENTENCING
_____

1:32 p.m.     Court in Session.

Defendant is present and in custody.

Also seated at Government's table: ATF Special Agent Heidi Peterson.

**12-cr-00246-LTB**

> Defendant plead guilty to Count 1 of the Indictment on July 20, 2012.

**ORDERED**:   Government's Motion Pursuant to U.S.S.G. §3E1.1(b) [Doc. No. 29] is
               GRANTED.

1

1:34 p.m.     Argument by Mr. Leedy regarding Defendant's Motion for a Variant Sentence.

1:53 p.m.     Response by Ms. Osborne.

**ORDERED**:  Defendant's Motion for a Variant Sentence [Doc. No. 30] is DENIED.

**ORDERED**:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Alden P. House, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 64 months.

**ORDERED**:  Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**:  Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as approved by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and throughout the term of supervised release.
- (X) The defendant will be required to pay for the cost of treatment as directed by the probation officer. If deemed necessary, Defendant shall ingest monitored Antabuse, if not medically contraindicated.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment including any indicated psychiatric evaluation and treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the

|     |     |
| --- | --- |
|     | probation officer.  The Court authorizes the probation officer to release all psychological reports and/or the presentence report to the treatment agency for continuity of treatment. |
| (X) | Defendant shall remain medication compliant and shall take any and all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained. |

**ORDERED**:  Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED**:  No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**:  Defendant shall forfeit his interest in the Kel-Tec 9mm pistol, serial number S4360, as named in the Indictment.

**ORDERED**:  Defendant advised of right to appeal.

**00-cr-00218-LTB and 12-cr-00222-LTB**

> On July 20, 2012, Court found Defendant violated conditions of supervised release.

2:22 p.m.     Sentencing statement by Ms. Osborne.

2:25 p.m.     Sentencing statement by Mr. Leedy.

00-cr-00218-LTB:

Court FINDS defendant violated conditions of supervised release.

**ORDERED**:  Supervised Release is REVOKED.

**ORDERED**:  Defendant is sentenced to the custody of the Bureau of Prisons for a period of 8 months, which will be concurrent with that in 12-cr-00222-LTB but consecutive to the sentence imposed in 12-cr-00246-LTB.

**ORDERED**:  Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 4 years and 4 months.  The Court imposes the same supervised release conditions that are set forth in the sentence in 12-cr-00246-LTB.

**ORDERED**:  Any unpaid restitution shall be satisfied as a condition of supervised

release.

**ORDERED**:  Defendant advised of right to appeal.

12-cr-00222-LTB:

Court FINDS defendant violated conditions of supervised release.

**ORDERED**:  Supervised Release is REVOKED.

**ORDERED**:  Defendant is sentenced to the custody of the Bureau of Prisons for a period of 8 months, concurrent with that imposed in 00-cr-00218-LTB, but consecutive to the sentence imposed in 12-cr-00246-LTB.

**ORDERED**:  Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

2:32 p.m.     Court in Recess.
Hearing concluded.
Time:  1:00